**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00279-REB

UNITED STATES OF AMERICA,

     Plaintiff,
v.

1. JUSTIN R. COAN,

     Defendant.

## MINUTE ORDER[1]

     On **September 20, 2012**, commencing at 9:00 a.m., the court shall conduct a revocation of supervised release hearing. At the oral request of the parties, the government, defense counsel and the defendant shall participate in this hearing by video teleconference from Grand Junction, Colorado.

     Dated: July 3, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.